**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

D.A.D.,                                              :    No. 204 WAL 2018
                                                     :
                          Respondent                 :
                                                     :    Petition for Allowance of Appeal from
                                                     :    the Order of the Superior Court
            v.                                       :
                                                     :
                                                     :
A.D.H.,                                              :
                                                     :
                          Petitioner                 :

## ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of June, 2018, the Petition for Allowance of Appeal is
**DENIED**.